# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| RALPH TURNER CASEY, | ) |
| Plaintiff, | ) |
| v. | ) No. 2:24-cv-02660-SHL-tmp |
| CATHOLIC DIOCESE OF MEMPHIS and SACRED HEART CATHOLIC CHURCH, | ) |
| Defendants. | ) |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on Plaintiff's Complaint (ECF No. 1), filed September 17, 2024,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Conditionally Granting Plaintiff's Motion for Voluntary Dismissal Without Prejudice and Temporarily Suspending Scheduling Order (ECF No. 78), filed October 8, 2025, and given that Plaintiff has accepted the terms placed by the Court on voluntary dismissal without prejudice (ECF No. 79), all claims by Plaintiff against Defendants are **DISMISSED WITHOUT PREJUDICE**.

APPROVED:

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

October 28, 2025
Date